850 A.2d 618

Orlando **FIORAVANTI,** Appellant,

v.

Jeffrey **BEARD, Secretary, Department of Corrections,** Appellee.

Supreme Court of Pennsylvania.

May 4, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of May, 2004, probable jurisdiction is noted and the order appealed is affirmed.

850 A.2d 619

In the Matter of Warren D. **UTERMAHLEN.**

No. 921 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 6, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 6th day of May, 2004, upon consideration of the Disciplinary Board's Petition for Transfer to Disability Inactive Status Pursuant to Rule 301(d), Pa.R.D.E., the Petition is granted and Warren D. Utermahlen is hereby transferred to inactive status under Rule 301(d) for an indefinite period of time and until further order of this Court.